IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WARREN LEWIS ,

    Plaintiff,

v.                                                 CASE NO. 1:10-cv-00074-MP-GRJ

MICHAEL J ASTRUE,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 16, Report and Recommendation of the Magistrate Judge, recommending that the decision of the Commissioner, denying benefits, be affirmed. The time for filing objections has passed, and none have been filed.   Upon consideration, the Court agrees with the Magistrate Judge that the record supports a conclusion that the ALJ fully and properly considered Plaintiff's obesity, and the functional limitations arising therefrom, in combination with all of Plaintiff's other impairments in evaluating his RFC. This is all that is required by Social Security Ruling 02- 1p.  Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    The decision of the Commissioner, denying benefits, is affirmed.

    **DONE AND ORDERED** this _13th_  day of September, 2011



                    *s/Maurice M. Paul*
             Maurice M. Paul, Senior District Judge